```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 28596
   JAMES D BOSLEY
   JIMMI A BOSLEY                         CHAPTER 13

                                          JUDGE: BRUCE W BLACK
       Debtor
  SSN XXX-XX-8123     SSN XXX-XX-5052
```

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/19/05 and confirmed on 10/24/05.

2. The case was dismissed after confirmation, 01/18/2008.

3. The Debtor paid a total of $ 51242.22 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MIDLAND MORTGAGE CO | CURRENT MORTG | 31575.08 | .00 | 31575.08 |
| MIDLAND MORTGAGE CO | MORTGAGE ARRE | 9837.22 | .00 | 9837.22 |
| WELLS FARGO FINANCIAL AC | SECURED | 11875.00 | 5073.25 | 37.19 |
| MORTGAGE ELECTRONIC REG | NOTICE ONLY | NOT FILED | .00 | .00 |
| ADVENTIST HEALTH SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| AMCA | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| ARGENT HEALTHCARE FIN SE | UNSECURED | NOT FILED | .00 | .00 |
| ASF | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED ANESTHESIOLOG | UNSECURED | 280.00 | .00 | .00 |
| ASSOCIATED RECOVERY SYST | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 999.44 | .00 | .00 |
| CPS | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| ENHANCED RECOVERY CORP | UNSECURED | NOT FILED | .00 | .00 |
| FBCS INC | UNSECURED | NOT FILED | .00 | .00 |
| HANCOCK FABRICS | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE ORTHOPAEDIC ASS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ILL PAIN TREATMENT | UNSECURED | NOT FILED | .00 | .00 |
| JBC LEGAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| NAFS | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NLSB NEW LENOX | UNSECURED | NOT FILED | .00 | .00 |
| NSA | UNSECURED | NOT FILED | .00 | .00 |
| PFG OF MINNESOTA | UNSECURED | NOT FILED | .00 | .00 |

```
STUART ALLAN & ASSOCIATE  UNSECURED       463.15              .00          .00
SUBURBAN RADIOLOGISTS     UNSECURED    NOT FILED              .00          .00
THOMAS SULLIVAN MD        UNSECURED    NOT FILED              .00          .00
TRANSWORLD SYSTEMS INC    UNSECURED    NOT FILED              .00          .00
UNIVERSAL FIDELITY CORP   UNSECURED    NOT FILED              .00          .00
RESURGENT CAPITAL SERVIC  UNSECURED      3685.25              .00          .00
PORTFOLIO RECOVERY ASSOC  UNSECURED      8573.16              .00          .00
CAPITAL ONE BANK          UNSECURED       477.52              .00          .00
CAPITAL ONE BANK          UNSECURED       751.69              .00          .00
NCM TRUST                 FILED LATE         .00              .00          .00
```

Summary of disbursements:

```
                     SECURED    PRIORITY    UNSECURED       OTHER        TOTAL
TOTAL CLMS ALLOWED  53287.30         .00     15230.21         .00     68517.51
PRINCIPAL PAID      41449.49         .00          .00         .00     41449.49
INTEREST PAID        5073.25         .00          .00         .00      5073.25
TOTAL PAID          46522.74         .00          .00         .00     46522.74
```

The Debtor's attorney, GREENBERG & ASSOC            , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $   2019.48 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 04/11/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE



PAGE   2
CASE NO. 05 B 28596 JAMES D BOSLEY & JIMMI A BOSLEY